③

FILED

NOV 2 0 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              )   Case No. 08-90881-D-7
                                    )
DOUGLAS J. BALL,                    )
                                    )
                Debtor.             )
_____     )

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM</u>

On May 12, 2008, Douglas J. Ball ("the debtor") filed the instant Chapter 7 case.  The debtor received his discharge under § 727 of the Bankruptcy Code ("Code") on August 29, 2008, and the case was closed on September 9, 2008.  On November 12, 2008 the debtor filed an ex-parte application to reopen his case (the "Application").  The Application will be denied for the reason stated below.

The Application requests the debtor's case be reopened so that he may amend his creditor schedules to include various medical bills and expenses that were incurred post-petition.  The Application indicates the debtor wants to reopen his case to list these  post-petition claims for the purpose of "discharging these bills."  The debtor's discharge will only discharge debt or claims that arose pre-petition.  (See § 727(b).)  Accordingly, the post-petition medical bills that the debtor wishes to include in his bankruptcy cannot be discharged.  Reopening the case will

serve no purpose nor will it accord relief to the debtor.   As
such, the Application will be denied by separate order.


Dated: November 20, 2008                _Robert Bardwil_____
                                        ROBERT S. BARDWIL
                                        United States Bankruptcy Judge

1

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

2

3
**CERTIFICATE OF MAILING**

4

5          The undersigned deputy clerk in the office of the United
States Bankruptcy Court for the Eastern District of California
6   hereby certifies that a copy of the document to which this
certificate is attached was mailed today to the following
7   entities listed at the address shown on the attached list or
shown below.

8   Office of the US Trustee
501 "I" Street, Suite 7-500
9   Sacramento, CA 95814-2322

10  Michael McGranahan
P.O. Box 5018
11  Modesto, CA 95352

12  Douglas Jay Ball
1412 Playground Way
13  Modesto, CA 95355

14  Dated:

                          _____
15                            Andrea Lovgren

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -